# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

vs.            NO. 4:16CR00021-005 SWW

JAMES LAMAR JONES            DEFENDANT

## **ORDER**

Pending before the Court is government's unopposed motion to dismiss indictment and superseding indictment against defendant, James Lamar Jones, pursuant to Rule 48(a).

IT IS SO ORDERED that the government's motion to dismiss the indictment and superseding indictment against defendant, James Lamar Jones, [doc #153] be **GRANTED**, and the indictment pending against defendant is **dismissed without prejudice**.

DATED this 21st day of August 2017.

           /s/Susan Webber Wright

           UNITED STATES DISTRICT JUDGE